An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL CRUZ,
Appellant,
vs.
SUN BUGGY FUN RENTALS, INC.,
Respondent.

No. 62339

**FILED**

JUN 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal, with each party to bear their own fees and costs, is approved. NRAP 42(b). This appeal is dismissed without prejudice to the right of any party aggrieved by a future district court order to appeal in accordance with applicable statutes and court rules.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Susan Johnson, District Judge
Thomas J. Tanksley, Settlement Judge
Christensen Law Offices, LLC
Hamrick & Evans LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17010